[No. 6363–8–II.   Division Two.   August 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. BILLY W. NORRIS, *Appellant.*

Appeal from a judgment of the Superior Court for Jefferson County, No. C–1196, Grant S. Meiner, J., entered May 7, 1982. *Affirmed* by unpublished opinion per Petrie, J., concurred in by Worswick, A.C.J., and Reed, J.

[No. 6162–7–II.   Division Two.   August 14, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD J. DYER, *Appellant.*

Appeal from a judgment of the Superior Court for Kitsap County, No. 81–1–00398–1, Robert J. Bryan, J., entered February 19, 1982. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Reed, J., concurred in by Worswick, A.C.J., and Petrie, J.

[No. 12423–4–I.   Division One.   August 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. JOHN AARON STATEN, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 81–1–03725–5, Robert E. Dixon, J., entered October 11, 1982. *Affirmed* by unpublished opinion per Callow, J., concurred in by Corbett, A.C.J., and Williams, J.

[No. 12981–3–I.   Division One.   August 20, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. LAWERANCE. ANDREW MACDONALD, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 82–1–03224–3, Lloyd W. Bever, J., entered March 25, 1983. *Reversed* and *remanded* by unpublished per curiam opinion.